UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) U.S.C.A. No. **24-7229** |
| | ) |
|     Plaintiff-Appellee, | ) U.S.D.C. No. **21cr1590-JLS** |
| | ) |
| v. | ) <u>CERTIFICATE OF SERVICE</u> |
| | ) |
| JOSE ANGEL SERRANO, | ) |
| | ) |
|     Defendant-Appellant. | ) |
| _____ | ) |

I hereby certify that on May 2, 2025, I electronically filed the Appellant's Unopposed Motion for an Extension of Twenty Days in which the file the Appellant's opening brief with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF will be served by the appellate CM/ECF system.

I further certify that some of the participants are not registered CM/ECF users. I have personally served the foregoing Appellant's Motion for an Extension of Tome in which to file the Appellant's Opening Brief to the following non-CM/ECF participants: Jose Angel Serrano.

                                                /s/ *John Lanahan*
                                              JOHN LANAHAN